No. 03–795. COMMUNITY ACTION PROJECT OF TULSA COUNTY, OKLAHOMA v. DUBBS ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–799. NEVADA v. TABBADA. Sup. Ct. Nev. Certiorari denied.

No. 03–800. SHERMAN v. SHERMAN. Ct. Sp. App. Md. Certiorari denied.

No. 03–802. ROBINSON v. BLACK. C. A. 7th Cir. Certiorari denied.

No. 03–803. MCNISH v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 03–804. COYOTE VALLEY BAND OF POMO INDIANS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–806. MARIANA ET AL. v. PAPPERT, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–807. SIGAFUS ET UX. v. ST. LOUIS POST-DISPATCH, L. L. C., ET AL. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 03–808. GARRISON v. CASSENS TRANSPORT CO. C. A. 6th Cir. Certiorari denied.

No. 03–810. PINKSTON v. OFFICE OF DISCIPLINARY COUNSEL OF LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 03–811. MINIEL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–813. SMITH ET AL. v. BOARD OF TRUSTEES OF LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM. Sup. Ct. La. Certiorari denied.

No. 03–817. TOCKES v. AIR-LAND TRANSPORT SERVICE, INC. C. A. 7th Cir. Certiorari denied.